# INDEX OF EXHIBITS

A. NOTICE OF SALE OF COLLATERAL AND DEFICIENCY

B. PETITION, *Auto Advantage Finance, LLC v. Ross et al.,* Case No. CS-2020-5574, District Court of Tulsa County, State of Oklahoma

C. RETURN OF NON-SERVICE, *Auto Advantage Finance, LLC v. Ross et al.,* Case No. CS-2020-5574, District Court of Tulsa County, State of Oklahoma

D. NOTICE BY PUBLICATION, *Auto Advantage Finance, LLC v. Ross et al.,* Case No. CS-2020-5574, District Court of Tulsa County, State of Oklahoma

E. ATTORNEY'S AFFIDAVIT OF DUE DILIGENCE, *Auto Advantage Finance, LLC v. Ross et al.,* Case No. CS-2020-5574, District Court of Tulsa County, State of Oklahoma

F. ATTORNEY'S AFFIDAVIT OF DUE DILIGENCE, *Auto Advantage Finance, LLC v. Barnes*, Case No. CS-2020-2177, District Court of Tulsa County, State of Oklahoma

G. MOTION TO ENTER DEFAULT JUDGMENT WITHOUT NOTICE, *Auto Advantage Finance, LLC v. Ross et al.,* Case No. CS-2020-5574, District Court of Tulsa County, State of Oklahoma

H. CERTIFICATE OF SERVICE, *Auto Advantage Finance, LLC v. Ross et al.,* Case No. CS-2020-5574, District Court of Tulsa County, State of Oklahoma

I. Continuing Garnishee's Answer/Affidavit, to Penske Logistic LLC, *Auto Advantage Finance, LLC v. Ross et al.,* Case No. CS-2020-5574, District Court of Tulsa County, State of Oklahoma

J. Continuing Garnishee's Answer/Affidavit, to Detroit Diesel Corporation, *Auto Advantage Finance, LLC v. Ross et al.,* Case No. CS-2020-5574, District Court of Tulsa County, State of Oklahoma