# EXHIBIT B

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

AUTO ADVANTAGE FINANCE, LLC )
                      Plaintiff, )
vs. ) No. CS-2020-05574
)
KIMBERLY AMBUR ROSS and )
ALEXANDER JOSEPH ROSS )
                      Defendants. )

KIRSTEN PACE

DISTRICT COURT
FILED
SEP 21 2020
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

## PETITION

**COMES NOW** the plaintiff, by and through its undersigned attorneys, and states as follows:

1. EXPRESS CREDIT AUTO OF TULSA and the defendants executed a contract on March 23, 2018 whereby the defendants purchased a 2014 SCION XB ("motor vehicle").
2. The defendants have defaulted in the obligations required under the contract (the last payment on the debt was received on October 11, 2019).
3. The motor vehicle was recovered and sold. After the proceeds of the sale were applied to the indebtedness owed by the defendants, there remains a deficiency balance owed under the contract.
4. The defendants are indebted to plaintiff, as assignee, in the principal amount of $8,497.49, with interest at the contractual rate of 20.88 % per annum from March 13, 2020 through August 27, 2020 in the amount of $811.79.

**WHEREFORE**, Plaintiff prays for judgment against the defendants as follows:

1. The principal amount of $8,497.49;
2. Prejudgment and post judgment interest at the contractual rate (12 O.S. § 727.1);
3. All costs of this action (12 O.S. § 928);
4. A reasonable attorney fee (12 O.S. § 936); and
5. Such other relief to which plaintiff may be justly entitled.

### NOTICE TO CONSUMER
This law firm is a debt collector. This communication is an attempt to collect a debt and any information obtained will be used for that purpose. Unless within thirty (30) days after receipt of this notice you dispute the validity of the debt or any portion thereof, this debt will be assumed to be valid by this law firm. If you notify this law firm in writing within the thirty (30) day period that this debt, or any portion thereof, is disputed, this law firm will obtain verification of the debt and a copy of such verification will be mailed to you by this law firm. Upon your written request within the thirty (30) day period, this firm will provide you with the name and address of the original creditor if different from the current creditor.

* * * * * ATTORNEY'S LIEN CLAIMED * * * * *

RHF # 20-2445

The commencement of this lawsuit has no effect on the rights conveyed in this notice. Your rights as set forth in this notice are neither affected by nor affect your obligation to file a written answer to the attached petition within thirty-five (35) days after service of the summons and petition upon you, exclusive of the day of service. Failure to dispute the validity of the debt or any portion thereof within thirty (30) days after receipt of this notice does not prevent you from disputing this debt by filing a written answer with the court within thirty-five (35) days after service of the summons and petition upon you, exclusive of the day of service.

/s/ Richard A. Robinson

Richard A. Robinson (OBA# 7684)
Hugh H. Fudge (OBA# 20487)
Dani L. Schinzing (OBA# 32113)
Emily R. Remmert (OBA# 22110)
Sean A. Nelson (OBA# 30194)
Robinson, Hoover & Fudge, PLLC
119 N. Robinson Ave., Suite 1000
Oklahoma City, OK  73102
(405) 232-6464 | (833) 342-0001 Toll Free
lawmail@rhfok.com | (405) 232-6363 fax
Attorneys for Plaintiff

* * * * * ATTORNEY'S LIEN CLAIMED * * * * *

RHF # 20-2445