# EXHIBIT C

## RETURN OF NON-SERVICE

**State of Oklahoma**  
County of Tulsa

Case Number: CS 20 5574

Plaintiff:
**AUTO ADVANTAGE FINANCE, LLC**

vs.

Defendant:
**KIMBERLY AMBUR ROSS and ALEXANDER JOSEPH ROSS**

Received by DJ Sixsmith to be served on **KIMBERLY AND ALEXANDER ROSS, 4074 E 470 RD, PRYOR, OK.**

I, JAVON SIXSMITH, do hereby affirm that on the **5th day of November, 2020 at 1:07 pm, I:**

**NON-SERVED** the **SUMMONS and PETITION** for the reason that I failed to find **KIMBERLY AND ALEXANDER ROSS** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
11/5/2020 1:07 pm CURRENT RESIDENT AT THE ADDRESS ABOVE STATED THAT THE DEFENDANTS MOVED OUT OF STATE (SOMEWHERE UP NORTH).

In accordance with 12.0.2. O.S. 426, I state under penalty of perjury under the laws of Oklahoma that the foregoing is true and correct. I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I execute this Return of Service on the date below in Tulsa County, Oklahoma.

JAVON SIXSMITH  
PSS-2020-8

11/5/2020  
**Date**

DJ Sixsmith  
PO Box 692063  
Tulsa, OK 74169  
(918) 902-0436

Our Job Serial Number: SIX-2020002000  
Ref: 20-2445

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1w