# EXHIBIT D




IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| AUTO ADVANTAGE FINANCE, LLC | ) |
| Plaintiff, | ) |
| vs. | ) No. CS-2020-5574 |
| KIMBERLY AMBUR ROSS and ALEXANDER JOSEPH ROSS | ) |
| Defendants. | ) |

DISTRICT COURT
FILED
DEC - 9 2020
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

**NOTICE BY PUBLICATION**

Kimberly Ambur Ross and Alexander Joseph Ross you are hereby noticed that you have been sued by Auto Advantage Finance, LLC and you must answer plaintiff's petition on or before the 6th day of February, 2021 or a money judgment in the amount of $8,497.49 plus interest will be rendered accordingly.

Dated this day 12-9-2020

(seal)

By: _____
DEPUTY COURT CLERK FOR TULSA
COUNTY DISTRICT COURT CLERK

APPROVED BY:

Hugh M. Fudge, OBA# 20487
Robinson, Hoover & Fudge, PLLC
119 N. Robinson Ave., Suite 1000
Oklahoma City, OK 73102
(405) 232-6464 | (405) 232-6363 fax
lawmail@rhfok.com

**********ATTENTION:   COURT CLERK**********
PLEASE HAVE THIS PUBLISHED IN OKLAHOMA WEEKLY GROUP, A NEWSPAPER OF GENERAL CIRCULATION AUTHORIZED BY LAW TO PUBLISH LEGAL NOTICE ONE DAY A WEEK FOR THREE (3) CONSECUTIVE WEEKS.  THE ANSWER DATE MUST BE AT LEAST FORTY-ONE (41) DAYS FROM THE DATE OF FIRST PUBLICATION.  PLEASE NOTIFY THIS OFFICE IF YOU CANNOT SEND THIS FOR PUBLICATION.

RHF# 20-2445