# EXHIBIT E




IN THE DISTRICT COURT OF TULSA COUNTY

STATE OF OKLAHOMA

AUTO ADVANTAGE FINANCE, LLC    )
)
        Plaintiff,    )
)
vs.    )    No. CS-2020-5574
)
KIMBERLY AMBUR ROSS and    )
ALEXANDER JOSEPH ROSS    )
)
        Defendants.    )
)
)
)

**DISTRICT COURT**
**F I L E D**

DEC - 9 2020

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

## ATTORNEY'S AFFIDAVIT OF DUE DILIGENCE

STATE OF OKLAHOMA    )
)  ss.
COUNTY OF OKLAHOMA    )

I, Hugh H. Fudge, state as follows:

1. I am an attorney of record for the plaintiff in the above-styled case.
2. Our firm unsuccessfully attempted to effect service of this lawsuit upon the defendants by personal delivery, however plaintiff has received verification that the defendants no longer reside at the defendants' last known addresses.
3. Our firm utilized the following electronic databases in an attempt to locate an alternative serviceable addresses for the defendants:
   a. A national database for residential addresses
   b. A local database of utility accounts
   c. A local database of real property ownership
   d. The Oklahoma State Court Network
4. These searches failed to produce any alternative serviceable addresses for the defendants.
5. In accordance with 12 O.S. 2004(C)(3), we have served notice of this lawsuit on the defendants by publication because with due diligence we have been unable to effect service upon the defendants by any other method.

In accordance with *12 O.S. § 426*, I state under penalty of perjury under the laws of Oklahoma that the foregoing is true and correct. I execute this affidavit on this day, December 03, 2020, at 119 N. Robinson Ave., Suite 1000 , Oklahoma City, Oklahoma.

_____
Hugh H. Fudge, OBA# 20487

RHF# 20-2445