# EXHIBIT F



IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| AUTO ADVANTAGE FINANCE, LLC<br><br>　　　　　　Plaintiff,<br>vs.<br><br>JOSHUA KYLE BARNES<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)   No. CS-2020-2177<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DISTRICT COURT**
**F I L E D**

SEP - 8 2020

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

## ATTORNEY'S AFFIDAVIT OF DUE DILIGENCE

STATE OF OKLAHOMA　　　)
　　　　　　　　　　　　) ss.
COUNTY OF OKLAHOMA　　)

I, Hugh H. Fudge, state as follows:

1. I am an attorney of record for the plaintiff in the above-styled case.
2. Our firm unsuccessfully attempted to effect service of this lawsuit upon defendant JOSHUA KYLE BARNES ("the defendant") by personal delivery, however plaintiff has received verification that the defendant no longer resides at the defendant's last known address.
3. Our firm utilized the following electronic databases in an attempt to locate an alternative serviceable addresses for the defendant:
   a. A national database for residential addresses
   b. A local database of utility accounts
   c. A local database of real property ownership
   d. The Oklahoma State Court Network
4. These searches failed to produce any alternative serviceable addresses for the defendant.
5. In accordance with 12 O.S. 2004(C)(3), we have served notice of this lawsuit on the defendant by publication because with due diligence we have been unable to effect service upon the defendant by any other method.

In accordance with *12 O.S. § 426*, I state under penalty of perjury under the laws of Oklahoma that the foregoing is true and correct.  I execute this affidavit on this day, September 02, 2020, at 119 N. Robinson Ave., Suite 1000 , Oklahoma City, Oklahoma.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hugh H. Fudge, OBA# 20487

RHF# 19-2882