# EXHIBIT G



IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

DISTRICT COURT
**FILED**

APR 19 2022

DON NEWBERRY, Court Clerk
STATE OF OKLA, TULSA COUNTY

| | |
|---|---|
| AUTO ADVANTAGE FINANCE, LLC ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. CS-2020-5574 |
| ) | |
| KIMBERLY AMBUR ROSS and ) | Judge Kirsten Pace |
| ALEXANDER JOSEPH ROSS ) | |
| ) | |
| Defendants. ) | |

## MOTION TO ENTER DEFAULT JUDGMENT WITHOUT NOTICE

**COMES NOW** plaintiff and moves this Court to enter default judgment in favor of the plaintiff against the defendants. In support thereof, plaintiff respectfully shows the Court as follows:

1. Pursuant to *12 O.S. § 2004*, the defendants were served with plaintiff's summons and petition.
2. Pursuant to *12 O.S. § 2012*, the defendants have not communicated with plaintiff, appeared in open court or entered an appearance by filing a pleading, motion or other document and are therefore in default.
3. Pursuant to *Rule 10 of the Oklahoma District Court Rules*, "notice of taking default is not required where the defaulting party has not made an appearance", and therefore no notice is required for entry of default judgment.

**WHEREFORE**, plaintiff respectfully requests that the Court sustain plaintiff's motion to enter default judgment and enter a judgment in favor of the plaintiff against the defendants as prayed for in plaintiff's petition.

Richard A. Robinson (OBA# 7684)
Hugh H. Fudge (OBA# 20487)
Dani L. Schinzing (OBA# 32113)
Emily R. Remmert (OBA# 22110)
Sean A. Nelson (OBA# 30194)
Robinson, Hoover & Fudge, PLLC
119 N. Robinson Ave., Suite 1000
Oklahoma City, OK 73102
(405) 232-6464 | (833) 342-0001 Toll Free
lawmail@rhfok.com | (405) 232-6363 fax
Attorneys for Plaintiff

RHF# 20-2445