# EXHIBIT H

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| AUTO ADVANTAGE FINANCE, LLC | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. CS-2020-5574 |
| KIMBERLY AMBUR ROSS and ALEXANDER JOSEPH ROSS | ) | |
| Defendants. | ) | |

DISTRICT COURT
FILED
DEC 2 2 2022
DON NEWBERRY, Court Clerk
STATE OF OKLA, TULSA COUNTY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the *journal entry of judgment* was mailed, postage prepaid, by regular mail this December 16, 2022 to:

ALEXANDER JOSEPH ROSS
30819 COOLEY BLVD
Westland, MI 48185

Richard A. Robinson (OBA# 7684)
Hugh H. Fudge (OBA# 20487)
Dani L. Schinzing (OBA# 32113)
Emily R. Coughlin (OBA# 22110)
Sean A. Nelson (OBA# 30194)
Robinson, Hoover & Fudge, PLLC
119 N. Robinson Ave., Suite 1000
Oklahoma City, OK 73102
(405) 232-6464 | (405) 232-6363 fax
lawmail@rhfok.com
Attorneys for Plaintiff

RHF# 20-2445