# EXHIBIT I

**In the District Court of Mayes County**
**State of Oklahoma**

| | |
|---|---|
| CREDIT ACCEPTANCE CORPORATION | ) |
| Plaintiff/Judgment Creditor, | ) |
| vs. | ) |
| ALEXANDER ROSS | ) Case No. CS21158 |
| Defendant/Judgment Debtor, | ) |
| and | ) |
| PENSKE LOGISTIC LLC | ) |
| Garnishee | ) |

FILED IN THE DISTRICT COURT
MAYES CO., OKLAHOMA
NOV 21 2022
JENIFER CLINTON, COURT CLERK
BY _____ DEPUTY

**Continuing Garnishee's Answer/Affidavit**

YOU (GARNISHEE) ARE REQUIRED TO FILE THIS ORIGINAL ANSWER WITH THE COURT CLERK IN THE COUNTY WHERE THIS MATTER IS FILED.

COURT CLERK'S ADDRESS: ONE COURT PLACE STE 200 PRYOR, OK

State of Oklahoma
County of MAYES ) SS

I, _____, (garnishee or individual answering on behalf of garnishee), in answer to a garnishment summons served on the 05/13/2022, and having knowledge of the facts, hereby swear or affirm:

- **If Garnishee is an individual:**
  That garnishee is an individual, whose full legal name is _____,
  and that garnishee does business under the name of _____.

- **If Garnishee is a Partnership:**
  That garnishee is _____, a partnership composed of the following persons: _____.

- **If Garnishee is a Corporation:**
  That garnishee is PENSKE LOGISTIC LLC, a corporation, organized under the laws of the state of _____, and the official title of the person answering on behalf of garnishee is _____.

1. At the time of the service of the garnishment summons, or upon the date it became effective, the garnishee was not indebted to the defendant for any amount of money nor did the garnishee have possession or control of any property, money, goods, chattels, credits, negotiable instruments or effects belonging to the defendant or in which the defendant had an interest because the employee/individual/judgment debtor was: *(Please check appropriate response)*
   [ ] Not Employed  Debtor's Status: ACTIVE  Status Date: 02/02/2022
   [ ] Employed but no amounts due--specify reason: _____

   [ ] Other, specify: _____
   *Employer Note*   Filed a petition in bankruptcy court.

2. At the time of service of the garnishment summons or upon the date it became effective, the garnishee was indebted to the defendant or had possession or control of the following property, money, goods, chattels, credits, negotiable instruments or effects belonging to the defendant as follows: *(Please check appropriate response)*
   [ X ] Earnings as shown on the attached Calculation for Garnishment of Earnings Form which is incorporated by reference into this answer;
   [ ] Other, specify: _____

40702753
PNK1

Page 1 of 3

3. [ ] Nothing has been withheld due to a prior garnishment or continuing garnishment. See attached if applicable.

4. On 05/18/2022, the garnishee mailed a copy of the Notice of Garnishment & Exemptions and Application for Hearing by first-class mail to the judgment debtor at:

| | |
|---|---|
| Address | 2500 HOLMES |
| City | YPSILANTI |
| State | MI |
| Zip | 48198 |
| Date Mailed | 05/18/2022 |

Or, hand delivered the same to defendant at:

| | |
|---|---|
| Defendant | |
| Place | |

**Note: This must be done during each pay period in which the garnishment is in effect.**

5. The garnishee makes the following claim of exemption on the part of the defendant, or has the following objections, defenses, or setoffs to plaintiff's right to apply garnishee's indebtedness to defendant upon plaintiff's claim: _____

Check here [ ] if additional pages are necessary.

By: *Sue Henry* (signature)
Title: SR Payroll Operations Manager

Date: 11/14/2022

Subscribed and sworn to before me this day: 11/14/2022

My Commission Expires: 05/22/2023

*Tina M May* (signature)
Notary Public

Commonwealth of Pennsylvania - Notary Seal
TINA M MAY - Notary Public
Berks County
My Commission Expires May 22, 2023
Commission Number 1351550

Note: A continuing garnishment remains in effect until one of the following occurs: (1) the judgment is vacated, modified or paid in full; (2) the summons is dismissed; or (3) 180 days from the effective date of the summons have elapsed. If a pay period begins within 180 days but ends after the expiration, the pay period is subject to the garnishment. See 12 0. S §1173.4.

## Calculation for Continuing Garnishment of Earnings

| | **Defendant's Pay period** | |
|---|---|---|
| 1(a) | Enter the present day period of defendant *(weekly, biweekly, semi-monthly, or other)*. If other, please describe: | WEEKLY |
| 1(b) | Enter the date the defendant's present pay period began *("present pay period" means the pay period for which this garnishment calculation is made)* | 10/29/2022 |
| 1(c) | Enter the date the defendant's present pay period ends | 11/05/2022 |
| | **Defendant's Earnings** | |
| 2(a) | Enter the defendant's gross earnings for the entire pay period | 656.40 |
| | Deductions from gross earnings as required by law:<br>i. Federal income tax withholding<br>ii. FICA income tax withholding<br>iii. State income tax withholding | |
| 2(b) | TOTAL Deductions- *(2(b) is the total of i, ii, and iii)* | 123.05 |
| 2(c) | Subtract 2(b) from 2(a). This is Defendant's Net Earnings | 533.35 |
| | **Available Garnishment Percentage** | |
| 3(a) | If Defendant is NOT subject to child support garnishment or income assignment, SKIP to line 3(d) and enter 25%. Otherwise, enter 25% here. | <u>25.00%</u> |
| 3(b) | Enter the percentage of defendant's income being withheld for child support garnishment &/or income assignment. | 0.00 |
| 3(c) | Subtract line 3(b) from 3(a) and enter percentage. *If line 3(b) is more than line 3(a), enter -0-.* | 25.00 |
| 3(d) | Enter the lesser of 25% or line 3(c). *If NO child support garnishment or income assignment, enter 25% here.* This is the available garnishment percentage. If line 3(d) is -0-, skip to line 6 and enter -0-(there are no available funds for the plaintiff). | 25.00 |
| | **Garnishment Calculation** | |
| 4 | Multiply the percentage in 3(d) times the net earnings in 2(c) | 133.34 |
| 5(a) | Multiply the present federal minimum hourly wage as follows for the defendant's pay period (Minimum wage x multiplier below)<br>Weekly by 30   Bi-weekly by 60<br>Semi-monthly by 65   Monthly by 130<br>For any other pay period, increase the multiple for a weekly pay period using the assumption that a month contains 4 1/3 weeks. | 217.50 |
| 5(b) | Subtract line 5(a) from line 2(c). *If line 5(a) is more than 2(c), enter -0-* | 315.85 |
| 6 | **GARNISHMENT AMOUNT**-Enter the lesser of line 4 or line 5(b). Pay this amount to the attorney for plaintiff, or to plaintiff if not represented by an attorney. If -0-, then there are no available funds for plaintiff. | 133.34 |

**Original Answer:** When completed, Garnishee must mail each original answer and calculation form to the Clerk of the District Court, at the county courthouse where this matter is filed. An answer and calculation form is required for each pay period which is subject to the continuing earnings garnishment.

**Payment:** Garnishee must send a check for the amount garnished with a copy of Garnishee's answer and calculation form to the attorney for plaintiff, or to the plaintiff if there is no attorney (check one box and show the address used in the mailing): ☐ Attorney for Plaintiff   ☐ Plaintiff
Address:    1 S BROADWAY RM 100  EDMOND, OK, 73034-3772
, ,