UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
(DETROIT)

| | |
|---|---|
| ALEXANDER ROSS, *individually and on behalf of others similarly situated,*<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBINSON, HOOVER & FUDGE, PLLC,<br><br>　　　　Defendants. | Case 2:24-cv-11717-DPH-CI<br><br>Hon. Denise Page Hood, Dist. Judge<br>Hon. Curtis Ivy, Jr, Mag. Judge<br><br>INDEX OF EXHIBITS |

## **INDEX OF EXHIBITS TO MOTION TO DISMISS**

EXHIBIT 1.................................................................... Affidavit of Hugh H. Fudge

EXHIBIT 2............................................................................. Purchase Agreement

EXHIBIT 3.................................................... Envelope Marked "Return to Sender"

EXHIBIT 4...................................................................... Job Verification Printout

EXHIBIT 5............................................... Various Corporate Registration Printouts

EXHIBIT 6........................................ Documents from the Oklahoma Case Docket

EXHIBIT 7............................................................................. Garnishment Checks

EXHIBIT 8......................................................... Printouts from Employer Websites

EXHIBIT 9................................................................ Business Records Affidavit