| ALEXANDER ROSS | XXX-XX-3855 | RECORD 1 OF 1 |
|---|---|---|

**EMPLOYER:** DAIMLER TRUCKS NORTH AMERICA(11942)

**CURRENT AS OF 07/03/2024**    EQUIFAX | The Work Number



### Order Information

| | |
|---|---|
| Verified On: | 07/11/2024 |
| Reference #: | 973852009858 |

### Employer

| | |
|---|---|
| Employer: | Daimler Trucks North America(11942) |
| Headquarters Address: | 4747 North Channel |
| | Portland OR 97217 |

### Employee

**Address:**
3026 Montrose St.
Ypsilanti MI 48198

### Employment

**Division:**
382772023
**Job Title:**
OLTM 12 Tier
**Employment Status:**
(ACTIVE)
**Most Recent Start Date:**
02/25/2023
**Original Hire Date:**    02/25/2023
**Total Time With Employer:**    1 Years, 4 Months

**NOTICE:** INFORMATION CONTAINED IN THE WORK NUMBER VERIFICATIONS SECTION OF THIS REPORT IS CONSUMER REPORT INFORMATION OBTAINED FROM THE WORK NUMBER®. IT CAN BE USED FOR THE FCRA PERMISSIBLE PURPOSE FOR WHICH THIS CONSUMER REPORT WAS OBTAINED, AND THE USER MUST ADHERE TO FCRA REQUIREMENTS, INCLUDING BUT NOT LIMITED TO THE RELEVANT REQUIREMENTS CONTAINED IN THE CFPB'S NOTICE TO USERS OF CONSUMER REPORTS. The statement above is an official verification generated from The Work Number. Because this verification is system-generated with data that originated directly from the employer's payroll system, it represents a higher level of authenticity than employee-furnished copies of paystubs or W2s. If any information is missing, it is because the employer did not provide this information for inclusion in The Work Number verification. Information not provided by the employer is showing as "Data not provided". Questions? Call 1-800-996-7566 (Hearing impaired clients may call 1-800-424-0253/TTY).