Delaware.gov　　　　　　　　　　　　　　　　　　　　Governor | General Assembly | Courts | Elected Officials | State Agencies



**Department of State: Division of Corporations**

[Allowable Characters](#)

| HOME | Entity Details |
|---|---|

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 759111 | Incorporation Date / Formation Date: | 8/13/1970 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | ADP, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | THE CORPORATION TRUST COMPANY | | |
|---|---|---|---|
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10. more detailed information including current franchise tax assessment, current filing and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

[Submit]

[View Search Results]　　　　　　　　　　[New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.



**Department of State: Division of Corporations**

[Allowable Characters](#)

**HOME**

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 912343 | Incorporation Date / Formation Date: | 4/14/1981 (mm/dd/yyyy) |
| Entity Name: | DAIMLER TRUCK NORTH AMERICA LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10 more detailed information including current franchise tax assessment, current filing and more for a fee of $20.00.

Would you like ○ Status  ○ Status,Tax & History Information

[Submit]

[View Search Results]     [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

LARA Home   Contact LARA   Online Services   News   MI.gov

# LARA Corporations Online Filing System
## Department of Licensing and Regulatory Affairs

ID Number: 801859050

**Request certificate**   **Return to Results**   New

Summary for: **DAIMLER TRUCK NORTH AMERICA LLC**

The name of the FOREIGN LIMITED LIABILITY COMPANY: DAIMLER TRUCK NORTH AMERICA LLC

---

**The prior true name in home state:** DAIMLER TRUCKS NORTH AMERICA LLC **changed on:** 03-15-2022
**The prior true name in home state:** FREIGHTLINER LLC **changed on:** 01-08-2008

---

**Entity type:** FOREIGN LIMITED LIABILITY COMPANY

**Identification Number:** 801859050   **Old ID Number:** B9248F

---

**Date of Qualification in Michigan:** 07/02/2003

---

**Organized under the laws of:** the state of Delaware

**Purpose:**

---

**Term:** Perpetual

---

**The name and address of the Resident Agent:**

Resident Agent Name:        C T CORPORATION SYSTEM

Street Address:             40600 ANN ARBOR ROAD E STE 201

Apt/Suite/Other:

City:                       PLYMOUTH              State: MI          Zip Code:  48170

**Registered Office Mailing address:**

P.O. Box or Street Address:

Apt/Suite/Other:

City:                                              State:              Zip Code:

---

**Acts Subject To:** 023-1993 Michigan Limited Liability Company Act

---

**View filings for this business entity:**

```
ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
CERTIFICATE OF CORRECTION
CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT
RESIGNATION OF RESIDENT AGENT
CERTIFICATE OF ASSUMED NAME
```

**View filings**

**Comments or notes associated with this business entity:**

LARA FOIA Process     Transparency     State Web Sites

Michigan.gov Home     ADA     Michigan News     Policies

Copyright 2024 State of Michigan



Business Services | Notary | Charitable Organizations | Open Meetings | Agricultural Liens | Execut

**Home** : **Business Services** : **Corp Search** : **Corp Information**

# Entity Summary Information

Select the buttons below to file or place an order.

To view Entity Details there will be a $5.00 charge and you will need to click on **VIEW ENTITY DETAILS** button at the bottom of the page.

If you are ordering documents such as a "Certificate of Good Standing" or "copies" you will need to click on the **ORDER DOCUMENTS** button at the bottom of the page.

If you are filing a legal document such as a trade name, amendment, annual certificate, etc., you will need to click on **FILE A DOCUMENT** button at the bottom of the page.

**DAIMLER TRUCK NORTH AMERICA LLC**

| Details | |
|---|---|
| Filing Number: | 3712209244 |
| Name Type: | Legal Name |
| Status: | In Existence |
| Corp type: | Foreign Limited Liability Company |
| Jurisdiction: | DELAWARE, USA |
| Formation Date: | 27 Oct 2008 |

| Registered Agent Information | |
|---|---|
| Name: | C T CORPORATION SYSTEM |
| Effective: | 27 Oct 2008 |
| Address: | 1833 SOUTH MORGAN ROAD |
| City, State , ZipCode: | OKLAHOMA CITY    OK    73128 |

[ View Entity Detail ]  [ File a Document ]  [ Order Documents ]  [ New Search ]

Visit Ok.gov | Site Map | Accessibility | Disclaimer                              Copyright © 2

Case 2:24-cv-11717-DPH-CI ECF No. 7-6, PageID.104 Filed 09/19/24 Page 6 of 11

Delaware.gov                                                Governor | General Assembly | Courts | Elected Officials | State Agencies



**Department of State: Division of Corporations**

[Allowable Characters](#)

**HOME**

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| **File Number:** | 2144228 | **Incorporation Date / Formation Date:** | **11/23/1987** (mm/dd/yyyy) |
| **Entity Name:** | DETROIT DIESEL CORPORATION | | |
| **Entity Kind:** | Corporation | **Entity Type:** | General |
| **Residency:** | Domestic | **State:** | DELAWARE |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10. more detailed information including current franchise tax assessment, current filing and more for a fee of $20.00.

Would you like   ● Status   ○ Status,Tax & History Information

[Submit]

[View Search Results]                                                [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov

LARA Home    Contact LARA    Online Services    News    MI.gov

**LARA Corporations Online Filing System**
Department of Licensing and Regulatory Affairs

ID Number: 801019251    [Request certificate]   [Return to Results]

Summary for: **DETROIT DIESEL CORPORATION**

The name of the **FOREIGN PROFIT CORPORATION**: DETROIT DIESEL CORPORATION

**Entity type:** FOREIGN PROFIT CORPORATION

**Identification Number:** 801019251  **Old ID Number:** 625496

**Date of Qualification in Michigan:** 12/08/1987

**Incorporated under the laws of:** the state of Delaware

**Purpose:**

**Term:** Perpetual

**Most Recent Annual Report:** 2024    Most Recent Annual Report with Officers & Dire

**The name and address of the Resident Agent:**

| | |
|---|---|
| Resident Agent Name: | THE CORPORATION COMPANY |
| Street Address: | 40600 ANN ARBOR RD E STE 201 |
| Apt/Suite/Other: | |
| City: | PLYMOUTH    State: MI    Zip Code: 48170 |

**Registered Office Mailing address:**

| | |
|---|---|
| P.O. Box or Street Address: | 40600 ANN ARBOR ROAD E. |
| Apt/Suite/Other: | 201 |
| City: | PLYMOUTH    State: MI    Zip Code: 48170 |

**The Officers and Directors of the Corporation:**

| Title | Name | Address |
|---|---|---|
| PRESIDENT | JOHN O'LEARY | 4555 N. CHANNEL AVENUE C/O CYNTHIA HQ637B-LGL PORTLAND, OR 97217 USA |
| TREASURER | ELOISA MARQUEZ | 4555 N. CHANNEL AVENUE C/O CYNTHIA HQ637B-LGL PORTLAND, OR 97217 USA |

| | | |
|---|---|---|
| SECRETARY | NICHOLE TENNYSON | 4555 N. CHANNEL AVENUE C/O CYNTHIA HQ637B-LGL PORTLAND, OR 97217 USA |
| DIRECTOR | JOHN O'LEARY | 4555 N. CHANNEL AVENUE C/O CYNTHIA HQ637B-LGL PORTLAND, OR 97217 USA |
| DIRECTOR | STEFAN KURSCHNER | 4555 N. CHANNEL AVENUE C/O CYNTHIA HQ637B-LGL PORTLAND, OR 97217 USA |

**Acts Subject To:** 284-1972 Business Corporation Act

| Total Authorized Shares | Shares Attributable to Michigan | Most Recent Apportionment % |
|---|---|---|
| 1,000 | 133 | 5.3318% |

**View Assumed Names for this Business Entity**

**View filings for this business entity:**

ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
CERTIFICATE OF CORRECTION
CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT
RESIGNATION OF RESIDENT AGENT
CERTIFICATE OF ASSUMED NAME

**View filings**

**Comments or notes associated with this business entity:**

LARA FOIA Process     Transparency     State Web Sites

Michigan.gov Home     ADA     Michigan News     Policies

Copyright 2024 State of Michigan



Business Services · Notary · Charitable Organizations · Open Meetings · Agricultural Liens · Execut

Home : Business Services : Corp Search : Corp Information

# Entity Summary Information

Select the buttons below to file or place an order.

To view Entity Details there will be a $5.00 charge and you will need to click on **VIEW ENTITY DETAILS** button at the bottom of the page.

If you are ordering documents such as a "Certificate of Good Standing" or "copies" you will need to click on the **ORDER DOCUMENTS** button at the bottom of the page.

If you are filing a legal document such as a trade name, amendment, annual certificate, etc., you will need to click on **FILE A DOCUMENT** button at the bottom of the page.

**ROBINSON, HOOVER & FUDGE, PLLC**

| Details | |
|---|---|
| Filing Number: | 3812370365 |
| Name Type: | Legal Name |
| Status: | In Existence |
| Corp type: | Domestic Limited Liability Company Professional |
| Jurisdiction: | Oklahoma |
| Formation Date: | 20 Aug 2012 |

| Registered Agent Information | |
|---|---|
| Name: | HUGH FUDGE |
| Effective: | 12 May 2023 |
| Address: | 726 W SHERIDAN AVE STE 201 |
| City, State , ZipCode: | OKLAHOMA CITY   OK   73102 |

View Entity Detail | File a Document | Order Documents | New Search

Visit Ok.gov | Site Map | Accessibility | Disclaimer                         Copyright ©