O1DIS813



ADP, INC.
GARNISHMENT SERVICES
P.O. Box 221230
El Paso, TX 79912
(866) 324-5191

# Disbursement Statement

Payment Date: 07/05/24
Check Number: 50650558
Page Number: 1

ST/CHHA
Disbursement Provided for: DETROIT DIESEL CORPORATION

ROBINSON HOOVER AND FUDGE PLLC

PO BOX 1748
OKLAHOMA CITY OK 73101-1748

20-2445

| Account/Case/File Number | Employee/Obligor SSN | Employee/Obligor Name | Additional Payment Information (Memo 1) / Additional Payment Information (Memo 2) | Date of Withholding | ER FEIN | Amount Paid |
|---|---|---|---|---|---|---|
| | | Ross, Alexander | | 07/03/24 | | 209.52 |

*Partial Payment

PAGE TOTAL: 209.52

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

ST/CHHA
DETROIT DIESEL CORPORATION
C/O ADP Garnishment Services
P.O. Box 221230
El Paso, TX 79912

GARNISHMENT SERVICES

PAYMENT DATE: 07/05/24
CHECK NO.: 50650558
56-1544/441

CS20205574

Pay to the order of: ROBINSON HOOVER And FUDG
This amount: ****209DOLLARS 52 CENTS        ****209.52

void 6 months after date of issue
GARNISHMENT SERVICES

An Authorized representative(s) of ADP

JPMorgan Chase Bank, NA
Columbus, OH

O1DISB13



ADP, INC.
GARNISHMENT SERVICES
P.O. Box 221230
El Paso, TX 79912
(866) 324-5191

# Disbursement Statement

Payment Date: 07/11/24
Check Number: 50744201
Page Number: 1

ST/CHHA
Disbursement Provided for: DETROIT DIESEL CORPORATION

ROBINSON HOOVER AND FUDGE PLLC

PO BOX 1748
OKLAHOMA CITY OK 73101-1748

20-2445

| Account/Case/File Number | Employee/Obligor SSN | Employee/Obligor Name | Additional Payment Information (Memo 1) / Additional Payment Information (Memo 2) | Date of Withholding | ER FEIN | Amount Paid |
|---|---|---|---|---|---|---|
| | | Ross, Alexander | | 07/11/24 | | 201.68 |

*Partial Payment

PAGE TOTAL: 201.68

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

ST/CHHA
DETROIT DIESEL CORPORATION
C/O ADP Garnishment Services
P.O. Box 221230
El Paso, TX 79912

GARNISHMENT SERVICES

PAYMENT DATE: 07/11/24
CHECK NO: 50744201
56-1544/441

CS20205574

Pay to the order of: ROBINSON HOOVER And FUDG.
This amount: ****201DOLLARS 68 CENTS        ****201.68

void 6 months after date of issue
GARNISHMENT SERVICES

JPMorgan Chase Bank, NA
Columbus, OH

An Authorized representative(s) of ADP

O1DIS813



ADP, INC.
GARNISHMENT SERVICES
P.O. Box 221230
El Paso, TX 79912
(866) 324-5191

# Disbursement Statement

Payment Date: 07/18/24
Check Number: 50863338
Page Number: 1

ST/CHHA
Disbursement Provided for: DETROIT DIESEL CORPORATION

ROBINSON HOOVER AND FUDGE PLLC

20-2445

PO BOX 1748
OKLAHOMA CITY OK 73101-1748

| Account/Case/File Number | Employee/Obligor SSN | Employee/Obligor Name | Additional Payment Information (Memo 1) / Additional Payment Information (Memo 2) | Date of Withholding | ER FEIN | Amount Paid |
|---|---|---|---|---|---|---|
| ███ | ███ | Ross, Alexander | | 07/18/24 | ███ | 56.86 |

Partial Payment

PAGE TOTAL: 56.86

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

ST/CHHA
DETROIT DIESEL CORPORATION
C/O ADP Garnishment Services
P.O. Box 221230
El Paso, TX 79912

GARNISHMENT SERVICES

PAYMENT DATE 07/18/24
CHECK NO. 50863338
56-1544/441

CS20205574

Pay to the order of: ROBINSON HOOVER And FUDG
This amount: *****56 DOLLARS 86 CENTS       *****56.86

void 6 months after date of issue
GARNISHMENT SERVICES

JPMorgan Chase Bank, NA
Columbus, OH

An Authorized representative(s) of ADP

O1DISB13



ADP, INC.
GARNISHMENT SERVICES
P.O. Box 221230
El Paso, TX 79912
(866) 324-5191

# Disbursement Statement

Payment Date: 07/25/24
Check Number: 50994832
Page Number: 1

ST/CHHA
Disbursement Provided for: DETROIT DIESEL CORPORATION

ROBINSON HOOVER AND FUDGE PLLC

PO BOX 1748
OKLAHOMA CITY  OK  73101-1748

| Account/Case/File Number | Employee/Obligor SSN | Employee/Obligor Name | Additional Payment Information (Memo 1) / Additional Payment Information (Memo 2) | Date of Withholding | ER FEIN | Amount Paid |
|---|---|---|---|---|---|---|
| ▮▮▮ | ▮▮▮ | Ross, Alexander | | 07/25/24 | ▮▮▮ | 238.75 |
| | | 20-2445 | | | | |

*Partial Payment

PAGE TOTAL: 238.75

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

ST/CHHA
DETROIT DIESEL CORPORATION
C/O ADP Garnishment Services
P.O. Box 221230
El Paso, TX 79912
CS20205574

GARNISHMENT SERVICES

PAYMENT DATE: 07/25/24
CHECK NO.: 50994832
56-1544/441

Pay to the order of: ROBINSON HOOVER And FUDG
This amount: ****238 DOLLARS 75 CENTS        ****238.75

void 6 months after date of issue
GARNISHMENT SERVICES

JPMorgan Chase Bank, NA
Columbus, OH

An Authorized representative(s) of ADP

O1DIS813



ADP, INC.
GARNISHMENT SERVICES
P.O. Box 221230
El Paso, TX 79912
(866) 324-5191

# Disbursement Statement

Payment Date: 08/01/24
Check Number: 51122053
Page Number: 1

ST/CHHA
Disbursement Provided for: DETROIT DIESEL CORPORATION

ROBINSON HOOVER AND FUDGE PLLC

PO BOX 1748
OKLAHOMA CITY OK  73101-1748

*202445* (handwritten)

| Account/Case/File Number | Employee/Obligor SSN | Employee/Obligor Name | Additional Payment Information (Memo 1) / Additional Payment Information (Memo 2) | Date of Withholding | ER FEIN | Amount Paid |
|---|---|---|---|---|---|---|
| [redacted] | [redacted] | Ross, Alexander | | 08/01/24 | [redacted] | 194.49 |

Partial Payment

PAGE TOTAL: 194.49

**VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM**

ST/CHHA
DETROIT DIESEL CORPORATION
C/O ADP Garnishment Services
P.O. Box 221230
El Paso, TX 79912

GARNISHMENT SERVICES

PAYMENT DATE: 08/01/24
CHECK NO: 51122053

56-1544/441

CS20205574

Pay to the order of: **ROBINSON HOOVER And FUDG**

This amount: ****194DOLLARS 49 CENTS        ****194.49

void 6 months after date of issue
GARNISHMENT SERVICES

JPMorgan Chase Bank, NA
Columbus, OH

An Authorized representative(s) of ADP

O1DISB13



**ADP, INC.**
GARNISHMENT SERVICES
P.O. Box 221230
El Paso, TX 79912
(866) 324-5191

# Disbursement Statement

Payment Date: 08/09/24
Check Number: 51298711
Page Number: 1

ST/CHHA
Disbursement Provided for: DETROIT DIESEL CORPORATION

ROBINSON HOOVER AND FUDGE PLLC

PO BOX 1748
OKLAHOMA CITY OK 73101-1748

20-2445

| Account/Case/File Number | Employee/Obligor SSN | Employee/Obligor Name | Additional Payment Information (Memo 1) / Additional Payment Information (Memo 2) | Date of Withholding | ER FEIN | Amount Paid |
|---|---|---|---|---|---|---|
| ▇▇▇ | ▇▇▇ | Ross, Alexander | | 08/08/24 | ▇▇▇ | 195.98 |

*Partial Payment

PAGE TOTAL: 195.98

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

ST/CHHA
DETROIT DIESEL CORPORATION
C/O ADP Garnishment Services
P.O. Box 221230
El Paso, TX 79912

CS20205574

PAYMENT DATE: 08/09/24
CHECK NO: 51298711
56-1544/441

Pay to the order of: **ROBINSON HOOVER And FUDG**
This amount: ****195 DOLLARS 98 CENTS        ****195.98

void 6 months after date of issue
GARNISHMENT SERVICES

An Authorized representative(s) of ADP

JPMorgan Chase Bank, NA
Columbus, OH

O1DISB13



ADP, INC.
GARNISHMENT SERVICES
P.O. Box 221230
El Paso, TX 79912
(866) 324-5191

# Disbursement Statement

Payment Date: 08/15/24
Check Number: 51368906
Page Number: 1

ST/CHHA
Disbursement Provided for: DETROIT DIESEL CORPORATION

ROBINSON HOOVER AND FUDGE PLLC

PO BOX 1748
OKLAHOMA CITY  OK  73101-1748

| Account/Case/File Number | Employee/Obligor SSN | Employee/Obligor Name | Additional Payment Information (Memo 1) / Additional Payment Information (Memo 2) | Date of Withholding | ER FEIN | Amount Paid |
|---|---|---|---|---|---|---|
| ▇▇▇ | ▇▇▇ | Ross, Alexander | | 08/15/24 | ▇▇▇ | 184.21 |

20-2445

*Partial Payment*

PAGE TOTAL: 184.21

▼ TEAR HERE ▼

© 1998, 2006. ADP, Inc. All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

ST/CHHA
DETROIT DIESEL CORPORATION
C/O ADP Garnishment Services
P.O. Box 221230
El Paso, TX 79912

CS20205574

GARNISHMENT SERVICES

PAYMENT DATE: 08/15/24
CHECK NO.: 51368906
56-1544/441

Pay to the order of: ROBINSON HOOVER And FUDG
This amount: ****184DOLLARS 21 CENTS    ****184.21

void 6 months after date of issue
GARNISHMENT SERVICES

JPMorgan Chase Bank, NA
Columbus, OH

An Authorized representative(s) of ADP