

# Our Brands

From the executive leadership to the factory floor, the people of Daimler Truck North America are aligned to provide the best products on the road and superior service every step of the way. It's because of this team approach that the successful products on the following pages have come to fruition.





## Alliance Parts

Alliance Parts has more than 40 product lines that serve the commercial transportation industry with reliable new and remanufactured parts and accessories for all makes and all models to keep trucks and buses on the road. All Alliance Parts meet or exceed OES specifications for quality, fit and finish and are backed by a nationwide warranty, which means you don't have to trade quality for price.



# Detroit Diesel Corporation (Detroit)

Detroit offers a full portfolio of products that include heavy duty and mid-range diesel engines, transmissions, axles, safety systems and connected vehicle services for the on-highway and vocational commercial truck markets, School Bus, RV and Specialty Vehicle applications.





# Freightliner Custom Chassis Corporation

Recreational vehicle. Walk-in van and delivery. Commercial and shuttle bus. School bus. Thanks to a foundation of excellence 20-plus years in the making, Freightliner Custom Chassis Corporation (FCCC) is a trusted and leading manufacturer of premium chassis for each of these markets - offering reliable, durable, high-quality chassis backed by a nationwide, world-class service and support network.



# Freightliner Trucks

Freightliner Trucks manufactures Class 5-8 models that serve a wide range of commercial vehicle applications. Our commitment

to innovation, advanced technology and responsive customer relations makes it easy to understand why Freightliner is the best-selling brand of heavy-duty Class 6-8 trucks in North America.



# SelecTrucks

The next best thing to owning a new truck is having a high-quality, late-model used truck. For individuals seeking a single truck or fleet managers in the market for large quantities of like-spec'd trucks, there's no better place to start than with SelecTrucks, Daimler Trucks Remarketing's (DTR) retail distribution network.



# Thomas Built Buses

Since 1916, Thomas Built Buses has been committed to building smart and innovative transportation. Our employees design and build the kind of school buses they would want their own children to ride in every day.



# Western Star Trucks

Western Star is positioned as a premium brand within the Daimler Trucks North America family. Our products are targeted at small and medium fleets, as well as owner-operators, with a focus on vocational and extreme-duty segments.

MORE INFO







🔍

(/)

# DEMAND A SUPERIOR PARTNER. DEMAND DETROIT.

**POWERED, CONNECTED AND DRIVEN BY A PASSION FOR EXCELLENCE.**

Detroit®, a Daimler Truck North America brand, is the industry-leading manufacturer of diesel and electric powertrains, safety systems, and connected vehicle services for Freightliner and Western Star commercial trucks. Detroit's diesel powertrain includes the DD series of medium and heavy-duty engines for a variety of commercial and work vehicle applications, the DT12 automated manual transmission (/transmission/) series that meets both on-highway and vocational business needs, and multiple axle options for a complete integrated powertrain solution. Detroit's eMobility electric solutions feature the Detroit ePowertrain (/emobility/epowertrain/), complimented by eFill chargers (/commercial-ev-charging-stations/) and eConsulting services (/commercial-electric-vehicle-consulting/) to get your business started in the zero emissions space. Detroit Assurance and Detroit Connect are powerful tools to keep trucks on the road or at the work site, maximizing uptime, safety and performance.  When customers demand best-in-class powertrain components with forward thinking technology all backed by the industry's best support and service network – they Demand Detroit.



A proud tradition of building engines with strength, quality and dependability began for Detroit in 1938, when it was known as the General Motors (GM) Diesel Division. The heavy-duty, on-highway Series 71 engine was used extensively in military and road-building and was followed by the Series 53 model, another powerhouse with wide-ranging applications.

**VIEW ENGINES**   →

In 1965, GM Diesel became the Detroit Engine Division, partnering with the transmission and gas-turbine business of the Allison Division, forming Detroit Diesel Allison. Sales tripled. By the 1980s, Detroit Diesel had split from the Allison Division, when the Series 60 was developed to meet the demand for a cleaner, more fuel-efficient heavy-duty engine. The Series 60 quickly became the most popular heavy-duty engine in the North American class-8 segment.

A late-1980s joint venture between Penske Corporation and GM created Detroit Diesel Corporation. In 2000, Daimler-Chrysler acquired the business, making Detroit Diesel a subsidiary of Daimler Truck North America. In 2011, Detroit Diesel expanded its design and manufacturing scope beyond engines, simplifying its name to **Detroit**. Beginning in 2021, Detroit entered the zero emissions market with a line of battery electric products. Today, Detroit products and services are supported by a parts and distribution network (/find-a-dealer/) of over 700 locations in North America.







I Am Detroit Video

Detroit 75th Anniversary Video

Case 2:24-cv-11717-DPH-CI   ECF No. 7-9, PageID.153   Filed 09/19/24   Page 19 of 30

**DEMAND DETROIT**

(/engines/)

(/axles/)

(/transmission/)

(/eMobility/)

(/idp/)

(/connect/)

(/assurance/)

(/parts-service/)

(/brochures-and-videos/)

(https://hq.detroitconnect.com/)

---

**OUR COMPANY**

(/our-company/)

(/our-company/history/)

(https://northamerica.daimlertruck.com/company/newsroom/images/product-by-brand/detroit/)

(/our-company/careers/)

(/why-detroit/)

(/why-detroit/detroit-plant/)

---

**COMMUNITY**

(https://daimler.force.com/DTNAPartner/s/customer-care)

(/our-company/community/blog/)

(http://www.demanddetroitgear.com/)

Copyright © 2024 Detroit Diesel Corporation.

  

in

(https://www.linkedin.com/cor

(https://facebook.com/youre/instagreetsec/deseh)ali

Specifications are subject to change without notice. Detroit Diesel Corporation is registered to ISO 9001:2015

(https://northamerica.daimlertruck.com/privacy-policy)        (/sitemap/)

We want to make our website more user-friendly and continuously improve it. By 'accepting cookies' we are able to provide you with a more user-friendly experience (e.g. apply with your LinkedIn Profile) that would otherwise not be available.'

**Decline**          **Accept Cookies**



**DAIMLER TRUCK**

🌐 English   |   👤 Sign

Home          Search for Jobs          Join Daimler Truck Talent Communi

🔍 Search for jobs or keywords          **Search**

Distance or Location ▼     Time Type ▼     Job Category ▼     More ▼

**58 JOBS FOUND**

## Purchasing and Operations Manager

🌐 Onsite        📍 Jacksonville, FL US

🕐 Posted Today

DT-12748

### Daimler's Portland Truck Plant - Material Handler (Portland, OR)

🌐 Onsite    📍 Portland, OR US

🕐 Posted Today

DT-12654

---

### Manufacturing & Resource Group Support Engineering Intern

🌐 Hybrid    📍 Cleveland, NC US

🕐 Posted Today

DT-12539

---

### Process Engineer Intern

🌐 Hybrid    📍 Cleveland, NC US

🕐 Posted Today

DT-12547

---

### Corporate Safety & Health Specialist

🌐 Hybrid    📍 Portland, OR US

🕐 Posted Yesterday

DT-12211

---

### Customer Service Technician - TBB

🌐 Onsite    📍 High Point, NC US

🕐 Posted Yesterday

DT-12711

---

### Customer Service Technician - Wakarusa, Indiana

🌐 Onsite    📍 Wakarusa, IN US

🕐 Posted Yesterday

DT-12712

---

### Accounting Specialist

🌐 Hybrid    📍 Cuajimalpa de Morelos, CDMX

🕐 Posted Yesterday

DT-12438

---

### 2nd Shift Preventative Maintenance- TOS Tech(Incl.PM)

🌐 Onsite    📍 Byesville, OH US

🕐 Posted Yesterday

DT-12739

---

### 3rd Shift HDEP Engine Assembly- Production Technician

🌐 Onsite    📍 Byesville, OH US

🕐 Posted Yesterday

DT-11769

---

### Warehouse Associate (Part Time)

🌐 Onsite    📍 Swedesboro, NJ US

🕐 Posted 2 Days Ago

DT-12741

---

## Dayshift Harnessing

🌐 Onsite    📍 Hibbing, MN US

🕐 Posted 2 Days Ago

DT-12688

---

## Training Technician

🌐 Onsite    📍 Hibbing, MN US

🕐 Posted 2 Days Ago

DT-12567

---

## Soldador IBC IHP

🌐 Onsite    📍 García, NLE MX

🕐 Posted 5 Days Ago

DT-12553

---

## Business Functions Internships

🌐 Hybrid    📍 5 Locations

🕐 Posted 5 Days Ago

DT-12725

---

## Corporate Counsel – Business Innovation and Corporate

🌐 Hybrid    📍 2 Locations

🕐 Posted 5 Days Ago

DT-12476

---

### Art Representative Analyst

🌐 Onsite    📍 Cuajimalpa de Morelos, CDMX

🕐 Posted 6 Days Ago

DT-12710

---

### Customer Service Agent

🌐 Onsite    📍 Cuajimalpa de Morelos, CDMX

🕐 Posted 6 Days Ago

DT-12707

---

### Collection Administrator Analyst

🌐 Onsite    📍 Cuajimalpa de Morelos, CDMX

🕐 Posted 6 Days Ago

DT-12705

---

### Fleet Services Analyst

🌐 Onsite    📍 Cuajimalpa de Morelos, CDMX

🕐 Posted 6 Days Ago

DT-12706

---

**1**   2   3   ›

1 - 20 of 58 jobs



# DAIMLER TRUCK

**Shape your future. Change the world.**

Are you ready to join the inspired people who are helping shape the future of commercial vehicle manufacturing? Our employees enjoy lucrative benefits,

**Read More**  ⌄



ollow Us

  

y Statement



y, Inc. All rights reserved.

Case 2:24-cv-11717-DPH-CI   ECF No. 7-9, PageID.162   Filed 09/19/24   Page 28 of 30