## BUSINESS RECORDS AFFIDAVIT

I, Hugh H. Fudge, hereby attest to the following:

1. I am over the age of 18 and am competent to make this Affidavit.

2. I am the custodian of records for Robinson, Hoover & Fudge, PLLC ("RHF"), and I am authorized to make this Affidavit on RHF's behalf.

3. I am personally knowledgeable about the facts laid out in this Affidavit, and testify to said facts based on my own knowledge and experience.

4. Submitted with this Affidavit are eight (8) pages of records of RHF. They are:

    a. The Motor Vehicle Retail Installment Sales Contract applicable in this case;

    b. A copy of an envelope addressed to Alexander Joseph Ross and marked "Return to Sender"; and

    c. A printout of a work verification generated for RHF by a company known as The Work Number.

5. I am personally familiar with these records and am personally knowledgeable as to how they are made and kept.

6. These records were made and are kept in the ordinary course of RHF's business.

7. These records were made at or near the time of the event or act they depict by someone with knowledge of said event or act.

8. Making and/or keeping these records is a regular practice of RHF.

9. These records are exact duplicates of the originals.

Further affiant sayeth not.

_____
Hugh Fudge (OBA # 19788)
Robinson, Hoover & Fudge, PLLC
P.O. Box 1748
Oklahoma City, OK 73101
(405) 232-6464 (phone)
(405) 232-6363 (fax)
fudge@rhfok.com

SWORN TO AND SUBSCRIBED before me, a Notary Public, on this __18th__ day of __September__, 2024.

_____
Notary Public in and for the State of __OK__.

My Commission Expires:

__5-30-26__



DEBRA MCGEE
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 18005420   Expires 05/30/26