UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXANDER ROSS,

    Plaintiff,

v.

Case No. 24-11717
Hon. Denise Page Hood

ROBINSON, HOOVER & FUDGE, PLLC,

    Defendant.

_____/

## JUDGMENT

This action, having come before the Court and the Court having issued an order dismissing the case this date, accordingly,

Judgment is entered in favor of Defendant and against Plaintiff.

KINIKIA ESSIX
CLERK OF COURT

Approved:

By: s/LaShawn Saulsberry
Deputy Clerk

s/Denise Page Hood
Denise Page Hood
United States District Judge

Dated: August 5, 2025

Detroit, Michigan